## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| GEORGE MOORE, | : | |
| | : | |
| Plaintiff, | : | Case No. 19-cv-02162 |
| | : | |
| v. | : | Honorable Virginia M. Kendall |
| | : | |
| DIAL4MD, INC, | : | Magistrate Judge Mary M. Rowland |
| EMMANUEL SILVA, | : | |
| FRANCISCO OCASIO JR, | : | |
| and DOES 1 – 10, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SETTLEMENT

Plaintiff George Moore hereby notifies this Honorable Court that the parties named in the above-captioned case have reached an agreement in principle to settle this matter.  Plaintiff respectfully requests that the Court vacate all pending deadlines and allow 75 days within which to finalize the settlement and file dispositive documentation.

Respectfully submitted,

GEORGE MOORE,
Pro Se

DATED:  April 19, 2019

By:  /s/ George Moore

George Moore
906 Chatham Drive
Carol Stream, IL 60188
Email: gmoore3@att.net
Telephone: (630) 699-3205

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 19, 2019, a copy of the foregoing **Notice Of Settlement**

was sent via First-Class U.S. Mail to the following parties:

Christopher P. Meier, Esq.
Greenspoon Marder, LLP
100 West Cypress Creek Road Suite 700
Ft. Lauderdale, FL 33309
*Counsel for Dial4MD, Inc, Emmanuel Silva and Francisco Ocasio Jr*


By:  /s/ George Moore
       George Moore